# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   WARRANT FOR ARREST

NASER JASON ABDO

CASE NUMBER: W11-167M

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ NASER JASON ABDO ___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with (brief description of offense), **possessing a firearm, as defined by Title 26, United States Code, Section 5845(a) and (f), namely: a destructive device, which firearm was not registered to him in the National Firearms Registration and Transfer Record** ,

in violation of Title ___ 26 ___ United States Code, Section(s) ___ 5861(d) and 5871 ___

| JEFFREY C. MANSKE | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signed] Jeffrey C. Manske* | July 28, 2011        Waco, TX |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ *detained* | by *[signed]* Jeffrey C. Manske, U. S. Magistrate Judge |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **KILLEEN, TEXAS**

| DATE RECEIVED 07/28/2011 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 07/29/2011 | JAMES E. RUNKEL SPECIAL AGENT, FBI | *[signed]* James E. Runkel |

FILED AUG 01 2011 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

WESTERN DISTRICT COURT WACO TEXAS 2011 JUL 29 AM 9: 50 UNITED STATES MARSHALS SERVICE