FILED
MAY 2 4 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| V. | * | CRIMINAL NO. W-11-CR-182 |
| NASER JASON ABDO | * | |
| Defendant. | * | |

## GOVERNMENT'S EXHIBIT LIST

1. Advice of Rights - 7/27/11

2. Advice of Rights - 7/28/11

3. Naser Jason Abdo's Orders

4. One pair yellow leather gloves

5. One pair coated knit gloves

6. Shovel

7. Green body bag carrier

8. Brown neck gaiter

9. One grey hood

10. USB cable

11. Black pouch with black material bed skirts

12. Black pouch with black material bed skirts

13. Green body bag

14. Two black masks

15. Photographs at scene - Dumpster: (16) Pictures 15A through 15P

16. Two black plastic trash bags
17. ~~Two~~ *One* containers of bleach
18. ~~Two~~ *One* containers of bleach
19. Blue Sanyo camera
20. Passport
21. SSN card
22. Marriage certificate
23. Birth certificate
24. Power of Attorney
25. Transcript from Dallas County Community College: one page
26. State Department Certification of School Records: four pages
27. Vehicle pass, Fort Campbell: one page
28. Operator's permit copy: one page
29. Enlistment documents: three pages
30. Combatives Training Certification: one page
31. Air Assault Certification: two pages
32. Ownership and insurance information: seven pages
33. Receipt for handcuffs
34. Three handcuff boxes
35. One Jolt electric stock prod with tag
36. Bushnell binocular covers, front and back
37. One set car keys, three keys and one keyfob
38. United States Army hat, Abdo name tag

39. Garbage bag roll

40. Eight zip ties

41. Roll of electrical tape

42. Picture of items in car: (16) Photographs 42A through 42N

43. Bill of Sale for .40 caliber Springfield pistol

44. WalMart receipt July 26, 2011 12:25 A.M.

45. Surveillance video excerpts WalMart

46. Hotel receipts and copy of Pluto drivers license, three pages

47. Hotel surveillance video excerpts: arrival, room change, detention, EOD

48. Guns Galore stills (five stills)

49. Guns Galore video

50. Guns Galore receipts, actual

51. Guns Galore receipt, annotated by Cheadle

52. Surplus City video clips

53. Lowe's stills – Three stills 53A, 53B and 53C

54. Lowe's receipt

55. KPD Dashcam clip

55A. KPD Dashcam clip, transcript

56. Black backpack

57. Wall clock

58. Wall clock

59. Two 9v batteries

60. One spool 16 gauge wire blk

61. One spool 16 gauge wire blk

62. List of items including "red/black/green wire"

63. Internet article: "How to shoot handgun accurately" July 7, 2011

64. Internet article: "Shooting technique and practice" July 7, 2011

65. Internet blog: "Please help me, new XD-40 jamming a lot" July 7, 2011

66. Internet article: "Basic firearms course, sections 5 and 6" July 7, 2011

67. Internet article: Inspire Magazine/"How to build a bomb in the kitchen of your mom"

68. Composition book with writings

69. Atlas with writings

70. Loaded .40 caliber Springfield XD magazine with seven rounds in bag

71. Two boxes Winchester shotgun ammunition, six individual bags of cut shotgun shells, gunpowder and pellets

72. Acer Notebook computer with box battery charger and documents

73. Springfield Armory XD-40 handgun in box, .40 caliber

74. Tennessee ID card for Asher Pluto

75. Pictures of items from backpack: (7) Photographs 75A through 75G

76. Tracfone box, packaging and adapter

77. WalMart receipt, July 26, 2011 – 12:13 A.M.

78. Handwritten list – includes: "sugar, powder, gorilla…"

79. Tracfone calling card and International calling card

80. Clothing tag (WalMart)

81. Electrical tape, empty packaging (WalMart)

82. White floppy hat

83. Two clothing tags (WalMart)

84. Photographs from Room 248: (10) Photographs 84A through 84J

85. Black & Decker electrical drill

86. Black & Decker electrical drill cardboard box

87. Skil drill bit set

88. Wall clock

89. Wall clock

90. Bottle of smokeless powder – IMR4198

91. Bottle of smokeless powder – HS-6

92. Bottle of smokeless powder – H414

93. Bottle of smokeless powder – LIL'GUN

94. Bottle of smokeless powder – H4350

95. Bottle of smokeless powder – HS-7

96. WalMart receipt July 25, 2011, 9:56 P.M.

97. Leatherman utility knife and blades from utility knife

98. One Kodak Playsport video camera

99. Packaging and wiring for Kodak camera

100. Five cut shotgun shells and box

101. Springfield magazine with four rounds ammunition

102. Springfield magazine with ten rounds ammunition

103. Springfield magazine with no ammunition

104. Gorilla tape

105. Two 9v batteries with packaging and 3AA batteries

106. Two-inch paint brush

107. One roll black electrical tape

108. Assorted zip ties

109. Screwdrivers and allen wrench, 6 piece set

110. Pressure cooker regulator

111. Two spools 18 gauge wire -- one red, one black

112. One box Domino sugar

113. One bag Domino sugar

114. Two boxes .40 cal ammunition

115. One bag loose ammunition, .40 caliber

116. One XD magazine package – empty

117. Four razorblades in packaging

118. Five shotgun shells -- two uncut, three cut open

119. Shotgun pellets and powder in plastic cup

120. Contents of pressure cooker - shotgun pellets and powder

121. Army ACU uniform with "Smith" nametag, boots, two belts (tan & black), hat with "Smith" nametag

122. One medical assistant uniform and lanyard

123. Three identification cards for Naser Jason Abdo; one for Rania Raed Anani

124. One 16 quart pressure cooker bottom

125. One 16 quart pressure cooker lid

126. One pressure cooker bottom

127. One pressure cooker lid

128. One pressure cooker regulator

129. One 16 quart pressure cooker box

130. One instruction manual for pressure cooker (smaller, not 16 quart)

131. Zap Double Trouble Stun Gun

132. Bushnell binoculars

133. Tracfone chargers, manuals and accessories

134. Christmas lights with one light removed from strand

135. One University of Texas Longhorn T-shirt

136. Page ripped from phone book, "Guns and Gunsmiths- Guns Galore"

137. Melted razor and metal lid, plastic and pressure cooker booklets

138. Contact cement

139. Two Bic cigarette lighters

140. Bedskirt

141. Head lamp

142. Two hotel room keys - Room 230 and Room 248

143. One VISA checkcard "Naser Abdo"

144. Two Lowes boxes

145. Clothing Defendant wearing when arrested, July 27, 2011 (Shorts and undergarments)

146. Clothing Defendant wearing when arrested, July 27, 2011 (Hat, watch, sunglasses)

147. Photograph of items inside of Room 230: (45) Photographs 147-1 through 147-45

148. Four spent .40 caliber casings and bullets

149. CD of telephone call to Carly Gordon

149A. Transcript of the telephone call to Carly Gordon

150. CD of the video and audio of Clarisa Morland visit with Abdo

150A. Transcript of the video and audio of Clarisa Morland visit with Abdo

151. Video and audio of test burns and two angles of test of device

152. Video of high speed camera test fire of device

153. Two Photographs Naser Jason Abdo: 153A and 153B

154. Photograph of Outside of Guns Galore

155. Photograph of Outside of Surplus City

156. Photograph of Outside of China Buffet